IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
SEP 2 0 2005
SEP 20 2005
JUDGE MATTHEW F. KENNELLY
UNITED STATES DISTRICT COURT

| | |
|---|---|
| MIKEL PERNELL, ) | |
| Plaintiff, ) | |
| v. ) | No. 03 C 5316 |
| Chicago Police Officers EDWARD FARLEY, ) Star No. 20643, THOMAS KELLY Star No. ) 20229, ROBERT LENIHAN, Star No. 20593, ) JAMES RILEY, Star No. 20250, the CITY OF ) CHICAGO, a Municipal Corporation and ) Unknown and Unnamed Officers, ) | Judge Kennelly |
| | Magistrate Judge Ashman |
| Defendants. ) | |

## RELEASE AND SETTLEMENT AGREEMENT

Plaintiff, Mikel Pernell, by one of his attorneys, Edward M. Fox, and defendants, City of Chicago, by its attorney, Mara S. Georges, Corporation Counsel of the City of Chicago, and Edward Farley, Thomas Kelly, Robert Lenihan and James Riley, by one of their attorneys, Torreya Hamilton, Assistant Corporation Counsel, herein stipulate and agree to the following:

1. This action has been brought by Plaintiff, Mikel Pernell, against defendants, City of Chicago, and Edward Farley, Thomas Kelly, Robert Lenihan and James Riley, and makes certain allegations contained in Plaintiff's Amended Complaint.

2. Defendants deny each and every allegation of wrongdoing as stated in Plaintiff's Complaint, and, further, deny liability.

3. The parties and their respective attorneys acknowledge that settlement of this claim is not an admission of liability, or of unconstitutional or illegal conduct by, or on the part of, any defendant, and/or the City of Chicago's future, current or former officers, agents and employees, and shall not serve as evidence or notice of any wrongdoing by or on the part of any defendant and/or

the City of Chicago's future, current or former officers, agents and employees. The parties and their respective attorneys further acknowledge that settlement is made to avoid the uncertainty of the outcome of litigation and the expense in time and money of further litigation and for the purpose of judicial economy. Plaintiff and his attorney agree that they, or any firm with which said attorney is affiliated, or with which said attorney may later become affiliated, shall not use this settlement as notice of misconduct on the part of any defendant and/or the City of Chicago's future, current or former officers, agents and employees, or for any other purpose in any other litigation, and that any such use is inconsistent with the terms of this Release and Settlement Agreement.

4. In consideration of the hereinafter indicated settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, Plaintiff, Mikel Pernell, agrees to dismiss with leave to reinstate solely in the event that the City of Chicago Council rejects the hereinafter indicated settlement, all of his claims against defendants, City of Chicago, and Edward Farley, Thomas Kelly, Robert Lenihan and James Riley, with each side bearing its own costs and attorneys' fees. Plaintiff, Mikel Pernell, agrees that he will be required to execute this Release and Settlement Agreement and effect said dismissal of this action prior to the City of Chicago's presentation of the settlement agreement to the Chicago City Council and that Plaintiff, Mikel Pernell's offer to settle on these terms shall not be revoked or otherwise repudiated unless the Chicago City Council rejects the settlement agreement. Upon approval of the settlement by the Chicago City Council, Plaintiff, Mikel Pernell, agrees to a final order dismissing with prejudice all of his claims against defendants, City of Chicago and Edward Farley, Thomas Kelly, Robert Lenihan and James Riley, with each side bearing its own costs and attorneys' fees.

5. Plaintiff, Mikel Pernell, accepts a settlement from defendant, City of Chicago, in the total amount of THREE HUNDRED SEVENTY THOUSAND AND NO/100 ($370,000.00) DOLLARS, with each side bearing its own costs and attorneys' fees.

6. The City of Chicago's obligations pursuant to this Release and Settlement Agreement are conditioned upon approval of the settlement agreement by the Chicago City Council. The City of Chicago will not be obligated to perform its obligations pursuant to this Release and Settlement Agreement until the following events occur: 1) The City of Chicago receives a copy of this Release and Settlement Agreement executed by Plaintiff Mikel Pernell and his attorney(s); 2) enactment of an ordinance by the Chicago City Council authorizing settlement and payment of the funds agreed upon in this Release and Settlement Agreement; and 3) the City of Chicago receives a Final Agreed Order from the Court dismissing with prejudice all of Plaintiff Mikel Pernell's claims against defendants, City of Chicago and Edward Farley, Thomas Kelly, Robert Lenihan and James Riley, with each side bearing its own costs and attorneys' fees and without leave to reinstate as specified in paragraph 4 of this Release and Settlement Agreement.

7. The City of Chicago agrees to pay Plaintiff the total settlement amount within sixty (60) days after receipt by the Corporation Counsel's Office of a file-stamped copy of the Final Agreed Order of Dismissal. This sum shall be payable solely by the City of Chicago, and Plaintiff, and/or his attorney, agree that they will not seek payment from any source other than the City of Chicago. The settlement check will be made payable to Plaintiff, his attorney, and lien claimants, if any, of which the City has notice.

8. In consideration of this settlement entered pursuant to this Release and Settlement Agreement, and upon advice of counsel, Plaintiff agrees to indemnify and hold harmless the City

of Chicago, and its future, current, or former officers, agents and employees including, but not limited to, the individual defendants, Edward Farley, Thomas Kelly, Robert Lenihan and James Riley, from any claims, losses, damages or expenses, including attorneys' fees and costs, incurred, or which may be incurred, by reason of any lien or any other claim or interest held by any person, entity or corporation against any moneys received or to be received by Plaintiff under this settlement entered pursuant to this Release and Settlement Agreement.

9. Plaintiffs, upon advice of counsel, understands and agrees that in consideration of the settlement entered pursuant to this Release and Settlement Agreement, Plaintiff does hereby release and forever discharge on behalf of himself and his heirs, executors, administrators and assigns, all claims he had or has against the individual defendants, Edward Farley, Thomas Kelly, Robert Lenihan and James Riley, and the City of Chicago, and its future, current or former officers, agents and employees, including but not limited to all claims he had, has, or may have in the future, under local, state, or federal law, arising either directly or indirectly out of the incident which was the basis of this litigation, and that such release and discharge also is applicable to any and all unnamed and/or unserved defendants.

10. This Release and Settlement Agreement and any documents that may be executed under paragraph 12 herein contain the entire agreement between the parties with regard to the settlement of this action, and shall be binding upon and inure to the benefit of the parties hereto, jointly and severally, and the heirs, executors, administrators, personal representatives, successors, and assigns of each.

11. This Release and Settlement Agreement is entered into in the State of Illinois and shall be construed and interpreted in accordance with its laws. Terms contained herein shall not be construed against a party merely because that party is or was the principal drafter.

12. In entering into this Release and Settlement Agreement, Plaintiff represents that he has relied upon the advice of his attorney, who is the attorney of his own choice, and that the terms of this Release and Settlement Agreement have been interpreted, completely read and explained to him by his attorney, and that those terms are fully understood and voluntarily accepted by Plaintiff. Plaintiff also represents and warrants that no other person or entity has or has had any interest in the claims or causes of action referred to herein, that he and his attorney have the sole right and exclusive authority to execute this Release and Settlement Agreement and receive the sums specified herein, and that they have not sold, assigned, transferred, conveyed, or otherwise disposed of any of the claims or causes of action referred to herein.

13. All parties agree to cooperate fully and to execute a Stipulation to Dismiss and any and all supplementary documents and to take all additional actions which are consistent with and which may be necessary or appropriate to give full force and effect to the basic terms and intent of this Release and Settlement Agreement.

Respectfully Submitted,

Mara S. Georges
Corporation Counsel
Attorney for City of Chicago

*Mikel Pernell*
MIKEL PERNELL, plaintiff

Address: 6424 S. Seeley
Chicago, IL

Date of birth: 9-2-79

*SSN:

EDWARD M. FOX
Attorney for plaintiff,
Mikel Pernell
134 N. LaSalle Street
Suite 1908
Chicago, Illinois 60603
(312) 345-8877
Attorney No. 3 6478

DATE: 8-15-05

BY: _____
PENELOPE M. GEORGE
Senior Counsel
30 North LaSalle Street
Suite 900
Chicago, Illinois 60602
(312) 742-0116
Attorney No. 0619420(

DATE: 9-19-05

_____
TORREYA L. HAMILTON
Assistant Corporation Counsel
Attorney for defendants,
Edward Farley, Thomas Kelly,
Robert Lenihan and James Riley
30 North La Salle Street
Suite 1400
Chicago, Illinois 60602
(312) 742-0029
Attorney No. 06229397

DATE: 9/17/05

*Providing SSN is voluntary